**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BOOKER T. WADE, ) | Case No.: 11-CV-04030-LHK |
| ) | |
| Appellant, ) | |
| v. ) | ORDER TO SHOW CAUSE WHY CASE |
| ) | SHOULD NOT BE DISMISSED |
| TV-32 DIGITAL VENTURES, INC., ) | |
| ) | |
| Appellee. ) | |
| ) | |

Appellant filed his notice of appeal from bankruptcy court on August 17, 2011. ECF No. 1. Appellant was required to perfect the appeal in the manner prescribed by Federal Rules of Bankruptcy Procedure 8006. *See* Bankruptcy Local Rule 8007-1; Fed. R. Bankr. P. 8006. Indeed, Appellant has not filed anything since August 2011 and appears to have abandoned his appeal. Accordingly, the Court ORDERS Appellant to show cause why this case should not be dismissed for failure to prosecute. Appellant must file a response explaining why this case should not be dismissed for failure to prosecute by February 10, 2012. Failure to file a timely response will result in the appeal being dismissed.

**IT IS SO ORDERED.**

Dated: January 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04030-LHK
ORDER TO SHOW CAUSE