1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| BOOKER T. WADE, | ) | Case No.: 11-cv-04030-LHK |
| | ) | |
| Appellant, | ) | |
| | ) | ORDER DISMISSING CASE FOR |
| v. | ) | FAILURE TO PROSECUTE |
| | ) | |
| TV-32 DIGITAL VENTURES, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Pursuant to this Court's January 19, 2012 Order to Show Cause ("Order"), Appellant was required to file a response by February 10, 2012, explaining why this case should not be dismissed for failure to prosecute.  ECF No. 3.  The Order advised Appellant that failure to file a timely response would result in the appeal being dismissed.  No response to the Order having been filed, this action is accordingly DISMISSED.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 14, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 11-cv-04030-LHK
ORDER DISMISSING CASE