THIS IS TO CERTIFY THAT A COPY OF THIS JUDGMENT HAS BEEN SENT TO:

**Booker T. Wade**
1010 Corporation Way
Palo Alto, CA 94303

Dated: February 15, 2012                    Richard W. Wieking, Clerk

                                            By:   /s/
                                              Martha Parker Brown,
                                               Courtroom Deputy